IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 6:03CR10037-001

KENNETH M. STARR,
***-**-3238

        Defendant,

    and

MISSOURI PRIME BEEF PACKERS, LLC
ATTN: PAYROLL
5305 HIGHWAY H
PLEASANT HOPE, MO 65725

        Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ Of Continuing Garnishment upon the judgment, Doc. 7, entered against the Defendant KENNETH M. STARR, in the above captioned action in the amount of $23,454.93 and post-judgment interest at the rate of 1.25%. A balance of $18,549.58 remains outstanding. Defendant 's last known address is Dunnegan, MO, 65640.

More than thirty (30) days has elapsed since demand for payment of the debt was made, and Defendant KENNETH STARR has not paid the amount due.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

1

The name and address of the Garnishee or his authorized agent is:

    MISSOURI PRIME BEEF PACKERS, LLC
    ATTN: PAYROLL
    5305 HIGHWAY H
    PLEASANT HOPE, MO 65725

    Respectfully submitted,

    DUSTON J. SLINKARD
    United States Attorney

    <u>s/ Tanya Sue Wilson</u>
    TANYA SUE WILSON
    Assistant United States Attorney
    Ks. S.Ct. No. 11116
    444 SE Quincy
    Federal Building, Suite 290
    Topeka, KS 66683-3592
    Telephone:  785-295-2850
    Facsimile: 785-295-2658
    E-mail: tanya.wilson@usdoj.gov