IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                                  Case No. 6:03CR10037-001-JWB

KENNETH STARR,

          Defendant.

    v.

MISSOURI PRIME BEEF PACKERS, LLC
ATTN: PAYROLL
5305 HIGHWAY H
PLEASANT HOPE, MO 65725,

          Garnishee.

## **GARNISHEE ORDER**

Comes now Plaintiff, United States of America, by Duston J. Slinkard, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney, moving the Court for a Motion for Garnishee Order, Doc. 16, against the Defendant Kenneth Starr.

The Court, upon review of the file and pleadings **grants** Plaintiff's Motion for Garnishee Order. Doc. 16.

In granting this Motion, the Court herein finds as follows:

1.     A Writ of Continuing Garnishment, Doc. 12, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee Missouri Prime Beef Packers, LLC filed an Answer on August 4, 2022, Doc. 15, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of earnings.

2.	More than twenty (20) days have elapsed since the Garnishee's Answer and more than twenty (20) days have passed since the Defendant and all potentially interested persons have been served.  No one has filed a claim for any exemption, filed an objection, or requested a hearing

**THE COURT THEREFORE ORDERS** that Garnishee shall pay twenty-five percent (25%) of the Defendant's disposable earnings each pay period, beginning June 23, 2022, to Plaintiff to continue until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.  Payments should be made payable to the "Clerk, U.S. District Court," and forwarded to United States District Court Clerk, 401 N. Market, Room 204, Wichita, KS 67202.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2022.

                                                 s/ John W. Broomes
                                                 JOHN W. BROOMES
                                                 UNITED STATES DISTRICT JUDGE

Submitted by:

DUSTON J. SLINKARD
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas, 66683-3592
PH:  785-295-2850
FX:  785-295-2658
E-mail: tanya.wilson@usdoj.gov
Attorneys for the United States